**DISMISS; and Opinion Filed June 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00980-CV

### JENNIFER PARSLEY, Appellant
### V.
### DAVID MONTALVO, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05072**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated October 21, 2014 we granted appellant's first request for an extension of time to file her brief, and extended the time to file her brief until November 25, 2014. We cautioned appellant that failure to timely file a brief would result in the dismissal of this appeal without further notice. By order dated November 24, 2014, we granted appellant's unopposed second motion to extend time to file her brief and extended the time to file her brief until December 9, 2014. To date, appellant has not filed a brief, filed a further extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tᴇx. R. Aᴘᴘ. P. 38.8(a)(1); 42.3(b)(c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


140980F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JENNIFER PARSLEY, Appellant

No. 05-14-00980-CV     V.

DAVID MONTALVO, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-05072.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DAVID MONTALVO recover his costs of this appeal from appellant JENNIFER PARSLEY.

Judgment entered this 9th day of June, 2015.